DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT LEVERETT,**
Appellant,

v.

**CAPACITY INSURANCE COMPANY; MILLS MEHR & ASSOCIATES, INC.; SHAWN STARBUCK; KEITH BOLEN; FOCUS CLAIM MANAGERS, LLC;** and **ORION WHITLOCK,**
Appellees.

No. 4D22-1077

[June 29, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE15003338.

Daniel M. Samson of Samson Appellate Law, Miami, and Todd Stabinski and Daniel B. Caine of Stabinski & Funt, P.A., Miami, for appellant.

Hinda Klein and Jesse C. Dyer of Conroy Simberg, Hollywood, for appellees Capacity Insurance Company, Mills Mehr & Associates, Inc., Shawn Starbuck, Focus Claim Managers, LLC, and Orion Whitlock.

Jose R. Riguera of Keller Landsberg P.A., Fort Lauderdale, for appellee Keith Bolen.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***